IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| | 10-cr-2-wmc |
| v. | 10-cr-98-wmc |
| ROBERT MCCALLIE, | |
| Defendant. | |

---

Defendant Robert McCallie's motion to modify terms of release (dkt. #93) is GRANTED IN PART AND DENIED IN PART. The order requiring him to surrender to the Bureau of Prisons ("BOP") by reporting to FCI-Sandstone on September 30, 2021, is REVOKED and execution of his sentence of imprisonment is STAYED until December 30, 2021, when he is to report to an institution to be designated by the BOP between the hours of 10 am and 2 pm.

The defendant's conditions of supervised release as set forth in the court's August 20 order are CONTINUED until that time. HOWEVER, should defendant again violate any of those conditions, the probation office is DIRECTED to petition the court for the issuance of a warrant for defendant's arrest and transfer to the first available institution as designated by the BOP.

Entered this 14th day of September, 2021.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge